RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT 2024 NOV -1  AM 11: 44
SOUTHERN DISTRICT OF NEW YORK

_Raszell  Reeder_
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

James Hendricks, Vadim Thomas, Janeen Diguisepi, William Sweeny,
Aristede Mahairas, Al Sharpton, William Allen, Mia Schultz,
christopher A. wray, Alejandro Mayorkas, John Doe, Elise stefanik,
Donald Trump, John Doe, John Doe, K. Mathews, Bus Sgt John Doe,

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Raszell

First Name            Middle Initial

Reeder

Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

94 A 6388

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Midstate Correction Facility

Current Place of Detention

P.D. Box 2500

Institutional Address

Marcy

County, City

N.Y.

State

13403

Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    James                  Hendricks
                First Name             Last Name                        Shield #

        Special agent in charge
        Current Job Title (or other identifying information)

        Federal Bureau of Investigation    200 Mc Carty Avenue
        Current Work Address

        Albany                    N.Y.                  12209
        County, City              State                 Zip Code

Defendant 2:    Vadim                  Thomas
                First Name             Last Name                        Shield #

        Special agent in charge
        Current Job Title (or other identifying information)

        Federal Bureau of Investigation    200 Mc Carty Avenue
        Current Work Address

        Albany                    N.Y.                  12209
        County, City              State                 Zip Code

Defendant 3:    Janeen                 Diguisseppi
                First Name             Last Name                        Shield #

        Special agent in charge
        Current Job Title (or other identifying information)

        Federal Bureau of Investigation    200 Mc Carty Avenue
        Current Work Address

        Albany                    N.Y.                  12209
        County, City              State                 Zip Code

Defendant 4:    William                Sweeny
                First Name             Last Name                        Shield #

        Special agent in charge
        Current Job Title (or other identifying information)

        Federal Bureau of Investigation 26 Federal Plaza
        Current Work Address

        New York                  N.Y.                  10278
        County, City              State                 Zip Code

Page 3

Defendant 5:    Aristede        Mahairas
                First Name      Last Name               Shield

                Special Agent in charge
                Current Job Title

                Federal Bureau of Investigation   26 Federal Plaza
                Current Work Address

                New York                N.Y.                10278
                County City             State               Zip Code


Defendant 6:    Al              Sharpton
                First Name      Last Name               Shield


                Current Job Title    President an CEO
                National Action Network      106 West 145 street
                Current Work Address

                New York            N.Y.                10039
                County City         State               Zip Code


Defendant 7:    William         Allen
                First Name      Last Name               Shield

                National Crisis Director
                Current Job Title

                National Action Network     106 West  145 street
                Current Work Address

                New York            N.Y.                10039
                County City         State               Zip Code


Defendant 8:    Mia             Schultz
                First Name      Last Name               Shield

                President
                Current Job Title

                NAACP Rutland County chapter     Box 311
                Current Work Address

                Wallingford         VT                  05773
                County City         State               Zip Code

Defendant 9: christopher    A.    Wray
First Name        Last Name                    shield
Director
Current Job Title
Federal Bureau of Investigation J. Edgar Hoover Building 935 Pennsylvania Avenue
Current Work Address
Washington              D.C.                20535-0001
County City                State                Zip Code

Defendant 10: Alejandro          Mayorkas
First Name        Last Name            shield
Secretary
Current Job Title
United States Department of Homeland Security
Current Work Address
Washington          D.C.                    20528
County City            State            Zip Code

Defendant 11:    John          Doe
First Name        Last Name            shield
Commissioner
Current Job Title
Division of Homeland Security And Emergency Services ,   Suite 710
Current Work Address   1220 Washington Avenue
Albany              N.Y.                12242
County City            State            Zip Code

Defendant 12:    Elise          Stefanik
First Name        Last Name            shield
Congresswoman
Current Job Title
2211 Rayburn House Office Building
Current Work Address
Washington          D.C.                20515
County City            State            Zip Code

Defendant 13:    Donald            Trump
                 First Name        Last Name              shield
                 President  of The United States of America
                 Current Job Title
                 The White House , 1600 Pennsylvania Avenue    N.W.
                 Current Work Address
                 Washington              D.C.              20500
                 County City             State             Zip Code

Defendant 14:    John              Doe
                 First Name        Last Name              Shield
                 chief of Cyber Crimes
                 Current Job Title
                 Department of Justice, Southern District, 1 Saint Andrews Plaza
                 Current Work Address
                 New York               N.Y.              10007
                 County City            State             Zip Code

Defendant 15:    John              Doe
                 First Name        Last Name              shield
                 chief of Terrorism
                 Current Job Title
                 Department of Justice , Southern District , 1 Saint Andrews Plaza
                 Current Work Address
                 New York               N.Y.              10007
                 County City            State             Zip Code

Defendant 16:    K. Mathews
                 FirstName  LastName
                 Bus Correction Officer
                 Current Job Title
                 Green-Haven Correctional Facility
                 Current Work Address
                 Stormville             N.Y.              12582
                 County City            State             Zip Code

Defendant 17:    John Doe
                 FirstName  LastName
                 Current Job Title : Bus Sergant
                 Current Work Address : Green-Haven Correctional Facility
                 County City : Stormville     state: N.Y.        Zip Code 12582

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:  Green - Haven  Correction Facility

Date(s) of occurrence:  April 20th 2023

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

The government national security is allowing me and Citizens and Government officials to be Cyber attack Causing excruciating pains using techniques to place them in a Trance to Control them. Every organization an religion organization is a fraction inside national Security departments an agencies.

They want to completely Control the direction of each Country an use government percentage an National Security Community Secret Committees thats in almost every Community an Organizations Secret Committees is under their leadership an as National Security Secret Confidential Informants use invincible technology as the advancement new era for World Civilization an must protect the secret to be a World power by Secret force.

Page 4

FACTS

I'm under Cyber attack causing excruciating inside an outside body pains of hurt an Suffering which they stop me from breathing an I died Constantly I do not Know the name for the murder then push by Same weapon of invincible technology an its velocity to bring me back to life. These Cyber attacks is Constantly each day. What is called Secret Cyber Committee trained Since youngest age how the body function an respond Secretly Control people body movement an words put into their mind an the person or persons Communicating believe each words or written paragraphs Came from their own thinking. The Similarity Culture Cause it to be an extremely easy to duplicate or Carbon Copy life . Thursday April 20th 2023 at Green-Haven Correctional Facility a inmate was seen by two Correction officers. One Woman, one man an they never reported incident to Sergant Security area Supervisor. The two 11:00 P.M. To 7:00 A.M. officers never security log book I was attack. During morning hours once being Body Frisk to be place in Holding Pen to be escorted next to Bus Location because the two Correction officers never followed trained policy an procedures to their Security duties they never warned officers to Keep us as inmates Seperated to prevent harm or dangerous injuries. A unknown Correction officer of a different bus told Bus officer K. Mathews an Sergant John Doe the Bus Security Supervisor only that I had a incident with inmate thats on Same bus as me. C.O. K. Mathews an Sgt. John Doe both agreed I Sit at front Seat of the bus. Once at Midstate Correction Facility C.O.K. Mathews an Sgt. John Doe did as unknown Correction officer John Doe did they never reported to Watch Commander or LogBook Entry or Wrote Disciplinary of Being attack an also by 10 inmates on the bus which Cause me face an body Swellings an hurting pains. C.O. K. Mathews an Sgt. John Doe had they back turned against the gate instead of Security monitor me they never intervene when I was attack. An only told inmates an me to stop. I Was never suppose to be on Same bus as inmate that attack me I was suppose to been given Van transport or place on different bus for the next day as a Security Safety

04

The technology controled every body movement an decision of Complete experiance involving everyone without ditection. It give normal guidance an Coordination an it increase strength in Velocity according to energy advance. For perfection in every movement. It is soon 5 years I wrote defendants an Sent evidence they was to mandatory investigate as National Security Law Enforcement. They never did of the Constant writting or Calling on telephone. Noone Cared. The federal bureau of investigations Special agent in charge of Albany N.Y. Jurisdiction **JAMES HENDR**ICKS, Vadim Thomas, Janeen Digciseppi. Of the New York City Jurisdiction William Sweeny, Cyber Committee Aristede Mahairas. Congresswoman Elise Stefanik. **F.B.I**. Director Christopher A. Wray, Homeland Security Secretary Alejandro Mayorkas. Organization leaders lisence by the Government to provide Citizens an inmates who life is in Danger, under attack or abuse to investigate an give Counsel then report it to Government National Security Law Enforcement or to The Police Department Violated Policies, Laws, Constitutional Rights is Al Sharpton, William Allen, Mia Schultz, Division of Homeland Security Emergency Services Commissioner John Doe, an President of United States Donald Trump, Department of Justice chief John Doe an chief John Doe. The invincible technology frequency weapon comes from outside the New York State Department of Corrections Facilities. It is government national Security an Secret government Control. It send people an its sent to attack me by Suffocation, electricity through my entire body, give me hernia excruciating pains, Instant paralyze cause me fall to floor, All strength remove out my body can't move painful numbing, Control when I sleep or awake, music an Cartoons see an hear sounds put in my mind, My two ears all Sound is cut off, my two eyes red with electricity burns of excruciating pains, My entire body during hot Summer be freezing **Cold** inside an outside my body, when it's Cold Winter inside my body extremely cold extra or inside body normal but outside skin is freezing Cold, Bullets an small explosions in form of technology force speed an accuratcy to my mind an body cause fuzzy mind pains loss of memory an eyes visual, give sicknesses .004

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I'm not given any medical because of Secret Cyber attacks for me to die will be Covered up. They already had my attacks against them be documented as mental health while they Secretly Control all decisions by the office of Mental Health an Health Services.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Compensatory, Punitive, an a Government Investigation and Federal Protection.

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 10-21-2024 | *Raszell Reeder* |
| Dated | Plaintiff's Signature |
| Raszell | Reeder |
| First Name          Middle Initial | Last Name |
| Midstate Correction Facility | P.O. Box 2500 |
| Prison Address | |
| Marcy | N.Y.          13403 |
| County, City | State          Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:  10-22-2024

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK  13403

NAME: Raszell Reeder_____ DIN: 94A6388_____
C1 - 15 Cell



Mid - State

Correctional Facility

To, Chief Judge Laura Taylor Swain
U.S. Southern District Court
500 Pearl Street
New York  N.Y.  10007

Legal Mail

Legal Mail